Oleksandr Kasianov, BG1043
Name and Prisoner/Booking Number

Avenal State Prison
Place of Confinement

P.O. Box 159
Mailing Address

Avenal, CA 93204
City, State, Zip Code

FILED
JUN 30 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

In Pro Per

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Oleksandr Kasianov,
(Full Name of Plaintiff)   Plaintiff,

v.

(1) Martin Gamboa
(Full Name of Defendant)
(2) Robert Burton
(3) _____
(4) _____
                Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-CV 1142    DMC PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☑ Other: Federal Question.

2. Institution/city where violation occurred: Avenal State Prison, Avenal, Deuel Vocational Institution, Tracy.

## B. DEFENDANTS

1. Name of first Defendant: **Martin Gamboa**. The first Defendant is employed as: **Warden of Avenal State Prison** at **Avenal State Prison**.
   (Position and Title)                                              (Institution)

2. Name of second Defendant: **Robert Burton**. The second Defendant is employed as: **Warden of Deuel Vocational Inst.** at **Deuel Vocational Institution**.
   (Position and Title)                                              (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                              (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Kasianov** v. **Gamboa; (and) Burton.**
      2. Court and case number: **4:21-CV-07850-KAW**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Ordered to Transfer from Northern to Eastern District (and) Forgoten.**

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: First Amendment right of free speech, the Sixth Amendment right to assistance of counsel, and the Fourteenth Amendment right to due process and of access to the courts.
2. Claim I. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☑ Mail
   - ☑ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☑ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Assistance of Counsel.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Interference of Avenal State Prison and Deuel Vocational Institution Staff with prisoner and/or Plaintiff legal mails at November 15, 2019; December 09, 2019; January 27, 2020; November 12, 2019; December 02, 2019. Open envelope of Confidential Legal Mail from Court of Appeal Third Appellate District contented Remittitur to Trial Court Clerk befor Plaintiff has received. Open envelope of Confidential Legal Mail from Innocence Project befor Plaintiff has received. Staf of DVI didn't even ask Plaintiff for sign, just slided on the door of his cell. Open USPS Confidential Legal box from Plaintiff's Appellate counsel befor Plaintiff has received it. Plaintiff did rejected it first time. Portion of Plaintiff's trial transcripts was lost. The package from William I. Parks was Damaged. Open and without portion of content. The fact that Respondent of other matter pending in The U.S. Eastern District is the warden of ASP provide evidence that prison authorities read prisoner's and/or Plaintiff's legal mails. See attached Ex. 1 (4:21-cv-07850-KAW)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   A Plaintiff believes that prison officials have violated his rights to confidential mail and access to the courts. NOA was filed untimely from the imposed resentencing judgment, thus was not entitled to statutory tolling. Limitation period runs out,

5. **Administrative Remedies:** which includes Mental incompetence during habeas.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Not Applicable.

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: See above claim I. File legal papers, and to seek and meet with lawyers and legal workers.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☑ Mail
   - ☑ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☑ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Assistance of Counsel

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   Interference of Avenal State Prison Staff with prisoner and/or Plaintiff legal mail and/or package at June 21, 2021. During the processing on "incoming inmate mail", a letter addressed from William I. Parks to Plaintiff was opened and sealed by Mailroom Staff. Portion of Plaintiff's re/sentencing transcripts was lost. The second package from William I. Parks was open, resealed and without portion of content. The fact that Respondent of other matter pending in the U.S. Eastern District Court is the Warden of ASP provide evidence that prison authorities read prisoner's and/or Plaintiff's legal mails. See attached[1] Ex. 2. Officials in these situations are worried about any actions that threaten to change conditions within the prison walls or limit their power. Officials block Plaintiff with people and organizations in the outside who do prisoners' rights or other civil rights work. Organizing from the outside aimed at the correct pressure points within prison management have a dramatic effect on conditions for Plaintiff on the inside.
   [1] - See attachments on Case # 4:21-cv-07850-KAW.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). See above claim I. Plaintiff has a legitimate claim and/or case that he lost, was unable to bring, due to action by prison officials, or due to the inadequacy of his access to legal assistance.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☑ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Administrator did not respond at the highest level of review instead just rejected by OOA, and regulations did not say what further action the inmate should take.

## CLAIM III

1. State the constitutional or other federal civil right that was violated: See above claim I. Right to be free from retaliation based on legal activity.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☑ Mail
   - ☑ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: Conformed documents

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Interference of Avenal State Prison staff with prisoner and/or Plaintiff legal mail at August 26, 2021. During the processing on incoming inmate mail a letter addressed from Eastern District Court of California to Plaintiff was opened. Portion of Plaintiff documents conformed by the Court's clerk was been unclear and/or Damaged. The fact that Respondent of other matter pending in the U.S. Eastern District Court is the Warden of ASP provide evidence that prison authorities read prisoner's and/or Plaintiff's legal mails. See attached Ex. 3 (4:21-CV-07850-KAW)

   Most of conformed copy of the first page's from the Eastern District Office of the Clerk has no judge's initials stamped on it. See attached Ex. 4-5 on Case # 4:21-CV-07850-KAW.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   See above claim I. Officials block the preparation and filing of lawsuits, and the opportunity to go to court to "petition the government for a 'redress' of 'grievances'".

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Administrator did not respond at highest level of review, after Warden of ASP respond with memorandum, and regulations did not say what further action the inmate should take.

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
Grant an evidentiary hearing as a prelude to granting on the complaint. Grant for all conformed copies of the first pages, from the Eastern District Office of the clerk, judge's initials stamped on it. Prevent a wrongful and unproper investigations with the trappings and ceremonies proceeding's. Grant amount and/or demand to over $6,100,000.00 (over $ six millions) to be paid to Plaintiff in compensation an award for the eroded at the expense of rights suffered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2022
DATE

*Oleksandr Kasianov*
SIGNATURE OF PLAINTIFF

Oleksandr Kasianov
In Pro Per

Not Applicable.
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)   (PRO-PER)

Not Applicable.
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

Oleksandr Kasianov BG1043
AVENAL STATE PRISON (159)
P.O. BOX 159
AVENAL, CA 93204

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Oleksandr Kasianov
Plaintiff/Petitioner
V.
(1) Martin Gamboa
(2) Robert Burton
Defendant/Respondent(s)

Case Number:
(To be supplied by the Clerk)

PROOF OF SERVICE

I hereby certify that on June 27, 2022, I served a copy of the attached Civil Rights Complaint By Prisoner Under 28 U.S.C. §1343(a); 42 U.S.C. §1983 by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Avenal State Prison.

(List Name and Address of each Defendant or Attorney Served)

Office of the State Attorney General
P.O. Box 944255
Sacramento, CA 94244

I declare under penalty of perjury that the foregoing is true and correct.

*Oleksandr Kasianov*
(Signature of Person Completing Service)
Oleksandr Kasianov, BG1043
In Pro Per