**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| OLEKSANDR KASIANOV, | No.  2:22-CV-1142-DMC-P |
| Plaintiff, |  |
| v. | ORDER |
| MARTIN GAMBOA, et al., |  |
| Defendants. |  |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis. See ECF No. 4. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.

   The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

   IT IS SO ORDERED.


Dated:  August 18, 2022

                  _____
                  DENNIS M. COTA
                  UNITED STATES MAGISTRATE JUDGE