1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    OLEKSANDR KASIANOV,                      No.  2:22-CV-1142-DMC-P

12              Plaintiff,

13         v.                                  <u>ORDER</u>

14    MARTIN GAMBOA, et al.,

15              Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  By separate order, the Court has granted Plaintiff leave to proceed in forma

19    pauperis.

20         To:    The California Department of Corrections and Rehabilitation
                  1515 S Street, Sacramento, California 95814:
21

22              Plaintiff is obligated to pay the full statutory filing fee of $350.00 for this action.

23    In addition to any initial partial filing fee required to be assessed, Plaintiff will be obligated to

24    make monthly payments in the amount of twenty percent of the preceding month's income

25    credited to Plaintiff's inmate trust account. The agency referenced above is required to send to the

26    Clerk of the Court the initial partial filing fee and thereafter payments from Plaintiff's inmate

27    trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of

28    $350.00 is paid in full.  <u>See</u> 28 U.S.C. § 1915(b)(2).

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    Plaintiff is required to pay the full statutory filing fee of $350.00 for this

3    action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

4    2.    The director of the agency referenced above, or a designee, shall collect

5    from Plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions

6    of 28 U.S.C. § 1915(b)(1) and shall forward the amount to the Clerk of the Court, such payment

7    to be clearly identified by the name and number assigned to this action;

8    3.    Thereafter, the director of the agency referenced above, or a designee, shall

9    collect from Plaintiff's inmate trust account the balance of the filing fee by collecting monthly

10   payments from Plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the

11   preceding month's income credited to Plaintiff's inmate trust account and forwarding payments to

12   the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28

13   U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full, such

14   payments to be clearly identified by the name and number assigned to this action;

15   4.    The Clerk of the Court is directed to serve a copy of this order and a copy

16   of Plaintiff's signed in forma pauperis affidavit to the address shown above; and

17   5.    The Clerk of the Court is further directed to serve a copy of this order on

18   the Financial Department of the Court.

19

20   Dated:  August 18, 2022

21   _____
     DENNIS M. COTA
22   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2