1
2
3
4
5
6
7
8             **IN THE UNITED STATES DISTRICT COURT**
9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  OLEKSANDR KASIANOV, | No.  2:22-CV-1142-DMC-P |
| 12              Plaintiff, | |
| 13      v. | ORDER |
| 14  MARTIN GAMBOA, et al., | |
| 15              Defendants. | |

16

17          Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42

18  U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for an extension of time, ECF No.

19  18, to file a second amended complaint.  Good cause appearing therefor based on Plaintiff's

20  declaration indicating the need for additional time due to difficulties experienced in gathering his

21  legal materials following release from prison in January 2023, Plaintiff's motion will be granted.

22          Accordingly, IT IS HEREBY ORDERED as follows:

23          1.      Plaintiff's motion for an extension of time, ECF No. 18, is GRANTED.

24          2.      Plaintiff shall file a second amended complaint within 30 days of the date

25  of this order.

26  Dated:  September 15, 2023

27          _____
                DENNIS M. COTA
28              UNITED STATES MAGISTRATE JUDGE

1