IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR KASIANOV, | No. 2:22-CV-1142-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| MARTIN GAMBOA, et al., | |
| Defendants. | |

       Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for permission to access the court's electronic filing and docket system, ECF No. 14.  Good cause appearing therefor based on Plaintiff's declaration, the Court finds that an exception to the local rule requiring pro se litigants to file documents in paper is warranted here.[1]

       Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 14, is GRANTED.

Dated:  September 15, 2023

                                  _____
                                  DENNIS M. COTA
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff was previously granted permission to file electronically in Kasianov v. Gamboa, 2:22-cv-2324-CKD-P.

1