IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR KASIANOV, | No. 2:22-CV-1142-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| MARTIN GAMBOA, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion filed on June 15, 2023, ECF No. 15, to advance this case. The docket reflects that, on August 15, 2023, the Court issued an order screening Plaintiff's first amended complaint and directing Plaintiff to file a first amended complaint within 30 days. The Court has since granted Plaintiff's requests for extension of that deadline. Plaintiff's motion will, therefor, be denied as having been rendered moot by subsequent proceedings.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 15, is DENIED as moot.

Dated: October 23, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1